UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 19-21832-CIV-MORENO**

JENNIFER PRATHER,

      Plaintiff,

vs.

NCL (BAHAMAS) LTD.,

      Defendant.

_____/

**FINAL JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 56 and 58, and in accordance with the reasons stated in the Court's Order Overruling Plaintiff's Objections, Order Affirming and Adopting Report and Recommendation, and Order Granting Defendant's Motion for Summary Judgment, issued on July 31, 2020, Final Judgment is entered in favor of Defendant NCL Bahamas Ltd. and against Plaintiff Jennifer Prather.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31st of July 2020.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

1